DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Lambeth v. N.C. Farm Bureau Mut. Ins. Co.<br><br>Case Below:<br>175 N.C. App. 794 | No. 126P06 | Plaintiff-Appellant's PDR Under N.C.G.S. § 7A-31 (COA05-287) | Denied (04/06/06) |
| Leary v. N.C. Forest Prods., Inc.<br><br>Case Below:<br>173 N.C. App. 232 | No. 572P05 | Def's (Oliver Wright Leary) PDR Under N.C.G.S. § 7A-31 (COA04-1470) | Denied (04/06/06) |
| MacEachern v. MacEachern<br><br>Case Below:<br>175 N.C. App. 420 | No. 048P06 | 1. Def's NOA (COA04-1453)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion for "Petition to Review after Remand" | 1. Dismissed ex mero motu (04/06/06)<br><br>2. Denied (04/06/06)<br><br>3. Dismissed (04/06/06) |
| May v. Down East Homes of Beulaville, Inc.<br><br>Case Below:<br>175 N.C. App. 416 | No. 064P06 | Plt's PWC to Review the Decision of the COA (COA05-547) | Denied (05/04/06) |
| McComb v. Phelps<br><br>Case Below:<br>175 N.C. App. 247 | No. 029P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-362) | Denied (05/04/06) |
| Navistar Fin. Corp. v. Tolson<br><br>Case Below:<br>176 N.C. App. 217 | No. 164P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-352)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (05/04/06)<br><br>3. Denied (05/04/06) |